39 A.3d 149

IN THE MATTER OF PATRICK W. GEARY, AN ATTORNEY AT LAW (ATTORNEY NO. 027201997).

October 26, 2010.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **PATRICK W. GEARY** of **CHERRY HILL,** who was admitted to the bar of this State in 1997, and who was suspended from the practice of law for a period of two years effective February 7, 2007, by Order of this Court filed January 12, 2007, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney for a period of one year and until the further Order of the Court.